# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JEFFREY D MANLEY**                                                      **PLAINTIFF**
**REG #11460-010**

v.                         **CASE NO. 2:20-CV-00119-BSM**

**DEWAYNE HENDRIX**                                                **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 8] is adopted in its entirety. Dewayne Hendrix's motion to dismiss [Doc. No. 4] is granted, and Jeffrey Manley's section 2241 habeas petition is dismissed with prejudice.

IT IS SO ORDERED, this 3rd day of December, 2020.

                                                                           _____
                                                                   UNITED STATES DISTRICT JUDGE