IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEFFREY D MANLEY**                                            **PLAINTIFF**
**REG #11460-010**

v.                  **CASE NO. 2:20-CV-00119-BSM**

**DEWAYNE HENDRIX**                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 3rd day of December, 2020.

                                                 _/s/ Brian S. Miller_
                                          UNITED STATES DISTRICT JUDGE